# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-7077**

JOSHUA ATCHLEY, *ET AL.*,
    *Plaintiffs-Appellants*,

v.

ASTRAZENECA UK LIMITED, *ET AL.*,
    *Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:17-cv-02136 (Hon. Richard J. Leon)

**NOTICE BY EIGHT UNITED STATES SENATORS OF INTENT TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLANTS**

Michael A. Petrino
Jonathan E. Missner
**STEIN MITCHELL BEATO & MISSNER LLP**
901 Fifteenth St., NW, Suite 700
Washington, D.C. 20005
(202) 737-7777
mpetrino@steinmitchell.com

*Counsel for* Amici Curiae

January 19, 2021

# NOTICE OF INTENT TO FILE A BRIEF AS *AMICI CURIAE*

Pursuant to Circuit Rule 29(b) and Section IX(A)(4) of this Court's Handbook of Practice and Internal Procedures, *amici* respectfully notify this Court of their intent to file an *amicus curiae* brief in the above-captioned matter in support of Plaintiffs-Appellants.

*Amici* are eight United States Senators:

> Charles E. Grassley
> Richard Blumenthal
> Mike Crapo
> Joni K. Ernst
> James M. Inhofe
> John Kennedy
> Marco Rubio
> Sheldon Whitehouse

As U.S. Senators, *amici* have a particular interest in ensuring that the civil provisions of the Anti-Terrorism Act, 18 U.S.C. § 2333, as amended by the Justice Against Sponsors of Terrorism Act ("JASTA"), Pub. L. No. 114-222, 130 Stat. 582 (2016), are correctly and fairly enforced. *Amici* believe that these provisions are not only an important tool to provide redress to American victims of terrorism and their families, but are also an integral component of our nation's broader strategy to combat the financing of international terrorism and advance vital American national security and foreign policy interests. *Amici* seek

to submit an *amicus* brief due to their concern that a growing body of recent cases, including the decision from the District Court, profoundly misconstrue and misapply the plain language of 18 U.S.C. § 2333(d) and Congress's express intent—codified in JASTA's Findings and Purpose, § 2—by incorrectly applying far more stringent pleading requirements than in analogous contexts.

The proposed brief will not exceed 6,500 words or repeat facts or legal arguments made and adequately elaborated upon in the parties' briefs. Counsel for *amici* have consulted with counsel for the parties to this appeal. Counsel for Plaintiffs-Appellants and Counsel for Defendants-Appellees represent that their respective clients consent to the filing of this brief.

Dated: January 19, 2021	Respectfully submitted,

*/s/ Michael A. Petrino*
Michael A. Petrino
Jonathan E. Missner
**STEIN MITCHELL BEATO & MISSNER LLP**
901 Fifteenth St., NW, Suite 700
Washington, D.C. 20005
(202) 737-7777
mpetrino@steinmitchell.com

*Counsel for* Amici Curiae

# CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Circuit Rule 25(c), I hereby certify that on this 19th day of January, 2021, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

*/s/ Michael A. Petrino*
Michael A. Petrino
*Counsel for* Amici Curiae
