**Case No. 20-7077**

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

JOSHUA ATCHLEY, ET AL.,
*Plaintiffs-Appellants*,

v.

ASTRAZENECA UK LIMITED, ET AL.,
*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (17-CV-02136) (HON. RICHARD J. LEON)

# NOTICE OF WITHDRAWAL OF ATTORNEY BETH S. BRINKMANN

| | |
|---|---|
| S. Conrad Scott<br>COVINGTON & BURLING LLP<br>620 Eighth Ave.<br>New York, NY 10018<br>(212) 841-1000<br>cscott@cov.com | Beth S. Brinkmann<br>David M. Zionts<br>COVINGTON & BURLING LLP<br>850 Tenth Street, N.W.<br>Washington, DC 20001<br>(202) 662-5312<br>bbrinkmann@cov.com<br>dzionts@cov.com |
| September 18, 2023 | *Counsel for Defendant-Appellee F. Hoffmann-La Roche Ltd* |

Counsel Beth S. Brinkmann of Covington & Burling LLP hereby requests that her appearance on behalf of Defendant-Appellee F. Hoffmann-La Roche Ltd be withdrawn. F. Hoffmann-La Roche Ltd will continue to be represented by other counsel who previously entered their appearance in this matter, including David M. Zionts of Covington & Burling LLP. Accordingly, Beth S. Brinkmann requests that her appearance be withdrawn and that she be removed from the Court docket, service list, and ECF notifications for this matter.

September 18, 2023                                         Respectfully submitted,

                                                           /s/ Beth S. Brinkmann
S. Conrad Scott                                            Beth S. Brinkmann
COVINGTON & BURLING LLP                                    David M. Zionts
620 Eighth Ave.                                            COVINGTON & BURLING LLP
New York, NY 10018                                         850 Tenth Street N.W.
(212) 841-1000 (Telephone)                                 Washington, DC 20001
cscott@cov.com                                             (202) 662-5312 (Telephone)
                                                           bbrinkmann@cov.com
                                                           dzionts@cov.com

                                                           *Counsel for Defendant-Appellee*
                                                           *F. Hoffmann-La Roche Ltd*

# CERTIFICATE OF SERVICE

I, Beth S. Brinkmann, counsel for Defendant-Appellee F. Hoffmann-La Roche Ltd, hereby certify that on September 18, 2023, I caused the foregoing Notice to be filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

September 18, 2023                     /s/ Beth S. Brinkmann
                                       Beth S. Brinkmann