PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: +1 202 223 7325
EMAIL: KSHANMUGAM@PAULWEISS.COM

BEIJING          SAN FRANCISCO
BRUSSELS         TOKYO
HONG KONG        TORONTO
LONDON           WASHINGTON, DC
LOS ANGELES      WILMINGTON

August 26, 2024

**By ECF**

Mark J. Langer, Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001

Re: _Joshua Atchley, et. al. v. AstraZeneca UK Limited, et. al. (20-7077)_

Dear Mr. Langer:

Pursuant to Rule 1.12 of the New York Rules of Professional Conduct, I write to inform the Court that Benjamin Miller-Gootnick, a former law clerk of Judge Cornelia T.L. Pillard, joined Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") as an associate on August 26, 2024. We have taken steps to ensure that Mr. Miller-Gootnick will not work on the above-referenced action, which is currently pending before this Court and in which Paul, Weiss represents Johnson & Johnson, CILAG GMBH International, Ethicon Endo-Surgery, LLC, Ethicon, Inc., Janssen Ortho LLC, Janssen Pharmaceutica N.V., Johnson & Johnson (Middle East) Inc., and Ortho Biologics LLC. Mr. Miller-Gootnick has been screened from all information and records related to the matter. We have also notified, as appropriate, all lawyers and non-lawyer personnel within Paul, Weiss of these restrictions.

Should you or Judge Pillard have any questions, we are available at the Court's convenience.

Respectfully,

_/s/ Kannon K. Shanmugam_

Kannon K. Shanmugam

cc:    All counsel of record (by ECF)