No. 20-7077

# In the United States Court of Appeals for the District of Columbia Circuit

_____

JOSHUA ATCHLEY, ET AL.,
*Plaintiffs-Appellants,*

*v.*

ASTRAZENECA UK LIMITED, ET AL.,
*Defendants-Appellees.*

_____

**NOTICE OF WITHDRAWAL OF SARAH M. HARRIS AS COUNSEL**

_____

Please take notice that I, Sarah M. Harris, a partner at Williams & Connolly LLP, attorney of record for Pfizer Inc., Pfizer Pharmaceuticals LLC, Pfizer Enterprises SARL, Pharmacia & Upjohn Company LLC, and Wyeth Pharmaceuticals LLC f/k/a Wyeth Pharmaceuticals Inc., hereby withdraw my appearance as counsel in this matter because I will be leaving my employment at Williams & Connolly as of January 17, 2025.  AstraZeneca UK Limited, et al. will continue to be represented by other counsel of record.

Respectfully submitted,

/s/  Sarah M. Harris
SARAH M. HARRIS
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue S.W.*
*Washington, DC 20024*
*(202) 434-5000*
DATE:  JANUARY 17, 2025              *sharris@wc.com*

## CERTIFICATE OF SERVICE

I, Sarah M. Harris, counsel for Pfizer Inc., Pfizer Pharmaceuticals LLC, Pfizer Enterprises SARL, Pharmacia & Upjohn Company LLC, and Wyeth Pharmaceuticals LLC f/k/a Wyeth Pharmaceuticals Inc., et al. and a member of the Bar of this Court, certify that, on January 17, 2025, a copy of the attached Notice for Withdrawal of Counsel was filed with the Clerk and served on the parties through the Court's electronic filing system.  I further certify that all parties required to be served have been served.

                                                */s/ Sarah M. Harris*
                                                SARAH M. HARRIS