# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JOSHUA ATCHLEY, *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> ASTRAZENECA UK LIMITED, *et al.*, <br><br> *Defendants-Appellees*. | Case No.: 20-7077 |

## NOTICE OF WITHDRAWAL OF SCOTT A. EISMAN

Please take notice that Scott A. Eisman hereby withdraws his appearance as counsel for amici curiae Charity & Security Network and InterAction: The American Council for Voluntary International Action, Inc. in the above-captioned case. As of January 17, 2025, Mr. Eisman is no longer employed by Freshfields US LLP. Freshfields US LLP will continue to represent amici curiae Charity & Security Network and InterAction: The American Council for Voluntary International Action, Inc.

Dated: January 17, 2025

Respectfully submitted,

/s/ Scott A. Eisman
Scott A. Eisman
Freshfields US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000
scott.eisman@freshfields.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was electronically filed with the Clerk of the Court using the CM/ECF system on January 17, 2025. Participants in the case who are registered CM/ECF users will be served through Court's CM/ECF system.

    /s/ Scott A. Eisman
    Scott A. Eisman