No. 20-7077                                          September Term, 2025

FILED ON: JANUARY 23, 2026

JOSHUA ATCHLEY, ET AL.,
            APPELLANTS

v.

ASTRAZENECA UK LIMITED, ET AL.,
            APPELLEES

On Remand from the Supreme Court of the United States

Before: PILLARD and WILKINS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**JUDGMENT**

This cause came to be heard on remand from the Supreme Court of the United States, vacating this court's judgment and remanding for further consideration in light of *Twitter v. Taamneh*, 598 U.S. 471 (2023). Upon consideration thereof, it is

**ORDERED** and **ADJUDGED** that the district court's order of July 17, 2020 granting defendants' motion to dismiss for failure to state a claim and the foreign defendants' motion to dismiss for lack of personal jurisdiction, as well as its attendant dismissal of plaintiffs' state-law claims, be reversed, and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                        BY:     /s/

                                                Daniel J. Reidy
                                                Deputy Clerk

Date: January 23, 2026

Opinion for the court filed by Circuit Judge Pillard.