# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7077**                    **September Term, 2025**

**1:17-cv-02136-RJL**

**Filed On:** March 3, 2026

Joshua Atchley, et al.,

      Appellants

    v.

AstraZeneca UK Limited, et al.,

      Appellees

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Lillian Wright
       Deputy Clerk