# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7077**                                    **September Term, 2025**

**1:17-cv-02136-RJL**

**Filed On:** April 23, 2026

Joshua Atchley, et al.,

       Appellants

     v.

AstraZeneca UK Limited, et al.,

       Appellees

**BEFORE:**   Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

        BY:   /s/
                  Daniel J. Reidy
                  Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.