# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7077**                        **September Term, 2022**

1:17-cv-02136-RJL

**Filed On:** February 2, 2023

Joshua Atchley, et al.,

        Appellants

    v.

Astrazeneca UK Limited, et al.,

        Appellees

**BEFORE:**    Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs*, and Pan*, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of Astrazeneca appellees' petition for rehearing en banc and Pfizer appellees' petition for rehearing en banc, the responses thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petitions be denied.

### Per Curiam

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                BY:     /s/
                                 Michael C. McGrail
                                 Deputy Clerk

\* Circuit Judges Henderson, Childs, and Pan did not participate in this matter.